JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE FARFAN,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN MADDER,<br><br>        Respondent. | Case No. 2:23-cv-09806-CBM (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: MARCH 13, 3034

_____
CONSUELO B. MARSHALL
United States District Judge